IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wrona, James

Printed: 4/29/08

Case Number: 08 B 00093
Judge: Goldgar, A. Benjamin
Filed: 1/3/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 18, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Chad M Hayward | Administrative | 2,474.00 | 0.00 |
| 2. | Avelo | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | Avelo | Secured | 45,000.00 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 15.52 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 783.53 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 70.20 | 0.00 |
| 8. | B-Real LLC | Unsecured | 141.73 | 0.00 |
| 9. | GMAC Auto Financing | Unsecured | | No Claim Filed |
| 10. | Fleet Bank | Unsecured | | No Claim Filed |
| 11. | AFNI | Unsecured | | No Claim Filed |
| 12. | CBNA | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | Chrysler Credit | Unsecured | | No Claim Filed |
| 16. | ER Solutions | Unsecured | | No Claim Filed |
| 17. | Conseco Finance Servicing Corp | Unsecured | | No Claim Filed |
| 18. | AFNI | Unsecured | | No Claim Filed |
| 19. | GEMB | Unsecured | | No Claim Filed |
| 20. | GMAC Auto Financing | Unsecured | | No Claim Filed |
| 21. | Citibank | Unsecured | | No Claim Filed |
| 22. | HFC | Unsecured | | No Claim Filed |
| 23. | HFC | Unsecured | | No Claim Filed |
| 24. | Ocean Garden Products | Unsecured | | No Claim Filed |
| 25. | HFC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wrona, James | | Case Number: 08 B 00093 |
|---|---|---|---|
| | | | Judge: Goldgar, A. Benjamin |
| | Printed: 4/29/08 | | Filed: 1/3/08 |

| | | | | |
|---|---|---|---|---|
| 26. | HSBC | Unsecured | | No Claim Filed |
| 27. | HSBC | Unsecured | | No Claim Filed |
| 28. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 29. | LVNV Funding | Unsecured | | No Claim Filed |
| 30. | Nissan Motor Acceptance Corporation | Unsecured | | No Claim Filed |
| 31. | GEMB | Unsecured | | No Claim Filed |
| 32. | Providian | Unsecured | | No Claim Filed |
| 33. | Student Loan Association | Unsecured | | No Claim Filed |
| 34. | LVNV Funding | Unsecured | | No Claim Filed |
| 35. | UNVL/CITI | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 48,484.98 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

